UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EMPIRE FIRE AND MARINE INSURANCE COMPANY,

          Plaintiff,          16-CV-02990-FB-SMG

-against-

JOSEPH ALGERIO,

          Defendant,

-and-

ALI KAZIM, STAR CRUISER TRANSPORTATION,
ENTERPRISE HOLDINGS, INC. and DENNISE DIPPOLITO,

          Nominal Defendants.

---

### NOTICE OF DISMISSAL OF ACTION AGAINST NOMINAL DEFENDANT ENTERPRISE HOLDINGS ONLY WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the above-entitled action is hereby voluntarily dismissed without prejudice and without costs as to ENTERPRISE HOLDINGS, INC. **only**. ENTERPRISE HOLDINGS has not served an answer or motion for summary judgment.

Dated: New York, New York
      July 20, 2016

WHITE FLEISCHNER & FINO, LLP

By: _____
Daniel M. Stewart
Attorneys for Plaintiff
EMPIRE FIRE AND MARINE INSURANCE CO.
61 Broadway
New York, New York 10006
(212) 487-9700
Our File No.: 585-19885
E-Mail: DStewart@WFF-Law.com