UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
EMPIRE FIRE AND MARINE INSURANCE CO.,

                      Plaintiff,                    JUDGMENT
                                                                  16-cv-2990(FB)(SMG)

     - against –

JOSEPH ALGERIO, ALI KAZIM, STAR CRUISER
TRANSPORTATION, ENTERPRISE HOLDINGS,
INC., and DENNISE DIPPOLITO, individually,

                      Defendants.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Frederic Block United States District Judge, having been filed on November 30, 2017, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated November 8, 2017, granting Plaintiff Empire's motion for default judgment; it is

       ORDERED and ADJUDGED that Plaintiff Empire's motion for default judgment is granted.

Dated: Brooklyn, NY                                              Douglas C. Palmer
December 1, 2017                                              Clerk of Court

                                                        By:   */s/Jalitza Poveda*
                                                                         Deputy Clerk